1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    In Re ERNESTO CHAIDEZ,                    Case No. 16-cv-02335-HSG (PR)

8             Plaintiff.
                                              **ORDER OF DISMISSAL**
9

10

11

12          In a notice dated April 28, 2016, the Clerk of the Court directed Plaintiff to complete a

13   civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must

14   complete these documents within twenty-eight days or his action would be dismissed.  The Clerk

15   sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

16          More than twenty-eight days have passed, and Plaintiff has not filed the necessary

17   documents or otherwise communicated with the Court.

18          Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall enter

19   judgment and close the file.

20          **IT IS SO ORDERED.**

21   Dated:  6/13/2016

22

23

24                                            HAYWOOD S. GILLIAM, JR.
                                              United States District Judge
25

26

27

28