UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re ERNESTO CHAIDEZ,

          Plaintiff.

Case No. 16-cv-02335-HSG (PR)

**JUDGMENT**

Judgment is entered against Plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: 6/13/2016

HAYWOOD S. GILLIAM, JR.

United States District Judge